IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| EDWARD LEE BIRDWELL,<br><br>  Plaintiff,<br><br>V.<br><br>PROTECTIVE INSURANCE COMPANY,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 9:22-CV-00012<br>§  JUDGE MICHAEL J. TRUNCALE<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 14]. Plaintiff is seeking a dismissal with prejudice as to his claims against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 1st day of November, 2022.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge